THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Franklin E.
 Dennison, Appellant,
 
 
 

v.

 
 
 
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Carolyn C. Matthews, Administrative Law
Court Judge

Unpublished Opinion No. 2011-UP-535
 Submitted November 1, 2011  Filed
December 2, 2011    

APPEAL DISMISSED 

 
 
 
 Franklin E. Dennison, pro se.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Franklin
 E. Dennison, an inmate formerly
 incarcerated with the Department of Corrections (the Department), appeals the Administrative Law Court's (ALC) order affirming
 the denial of his inmate grievance.  Dennison argues the ALC erred in
 determining (1) he was afforded minimal due process in his prison disciplinary
 action, and (2) the Department's decision was supported by substantial
 evidence.  Because Dennison was released
 from the Department's custody on April 1, 2011, we dismiss this appeal as moot.[1]  See Linda Mc Co. v. Shore, 390 S.C. 543, 557, 703 S.E.2d 499, 506 (2010) ("A
 case becomes moot when judgment, if rendered, will have no practical legal
 effect upon [the] existing controversy. This is true when some event occurs
 making it impossible for [the] reviewing [c]ourt to grant effectual
 relief." (citations and quotation marks omitted)).
APPEAL DISMISSED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.